UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIMBERLY K. GIVENS,**

  **Plaintiff,**

v.           Case No. 6:22-cv-2189-ACC-LLL

**COMMISSIONER OF SOCIAL SECURITY,**

  **Defendant.**

## ORDER

This cause is before the Court on an appeal from the final decision of the Commissioner of Social Security denying Plaintiff Kimberly K. Givens's application for supplemental security income.

The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 31, 2024 (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security income is hereby **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against Kimberly K. Givens.

4. The Clerk is **DIRECTED** to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2024.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record